

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00228-CV

**ULLJA KUNTZE,**

**Appellant**

 **v.**

**SANDRA COWAN,**

**Appellee**

From the 335th District Court
Burleson County, Texas
Trial Court No. 26,129

## O R D E R

Appellant filed "Appellant Ullja Kuntze's Request to Reconsider making a ruling on Motions" on November 1, 2107. It is denied. A ruling on all motions may not be necessary for the disposition of an appeal. The Court will rule, if necessary, on the motions pending in this appeal as and when appropriate.

PER CURIAM

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Motion denied
Order issued and filed January 3, 2018

